| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br>BENJAMIN R. HESTON, ESQ.<br>HESTON & HESTON, Attorney at Law<br>19700 Fairchild Road<br>Suite 280<br>Irvine, CA 92612<br>(949) 222-1041 Telephone<br>(949) 222-1043 Facsimile<br>ben@hestonlaw.com<br>SBN: 297798<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for: Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 24 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>MARIA MERCEDES IBARRA DE ACOSTA<br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                                                                                                           Debtor(s). | CASE NUMBER: 8:19-bk-12279-TA<br><br>CHAPTER 13<br><br>**ORDER** ☒ **GRANTING**  ☐ **DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) **5/2/2022** as docket number **74**, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of **$1,100.00** as compensation for Additional Services and the sum of **$0.00** in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of **$1,100.00** from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: (*date*) _____ at (*time*) _____.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                          Page 1                                          F 3015-1.12.ORDER.CH13.FEES

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (*specify*):

### 

Date: May 24, 2022

Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.12.ORDER.CH13.FEES**