| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Fanny Wan (SBN 277606)<br>Robertson, Anschutz, Schneid & Crane LLP<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101<br>Telephone: (470) 321-7112 ext. 52286<br>Email: fwan@raslg.com | FOR COURT USE ONLY |
|---|---|

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Maria Mercedes Ibarra de Acosta,<br><br><br>Debtor(s) | CASE NO.:  8:19-bk-12279-TA<br><br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*): MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) |
|---|---|

PLEASE TAKE NOTE that the order titled
ORDER GRANTING MOTION FOR  RELIEF FROM THE AUTOMATIC  STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)
was lodged on (*date*)   02/02/2023   and is attached.  This order relates to the motion which is docket number 34 .

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 350 10th Avenue, Suite 1000
 San Diego, CA 9201

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
____02/02/2023____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:   Amrane (SA) Cohen (TR)    efile@ch13ac.com

Theron S Covey    tcovey@raslg.com, sferry@raslg.com

Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com

Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Fanny Zhang Wan    fwan@raslg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____02/02/2023____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 Maria Mercedes Ibarra de Acosta       Honorable Theodor C. Albert

 1610 S. Flower Street                  411 West Fourth Street, Suite 5085 / Courtroom 5B
 Santa Ana, CA 92707                    Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/02/2023 | Fanny Wan | /s/ Fanny Wan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.