1

2   **AMRANE COHEN**
    **CHAPTER 13 TRUSTEE**
    **Orange City Square**
3   **770 The City Dr. South, #3700**
    **Orange, CA 92868**
4   **Tel: (714) 621-0200**
    **Fax: (714) 621-0277**
5
                    **UNITED STATES BANKRUPTCY COURT CENTRAL**
6                   **DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

7   **IN RE:**                                    **Chapter 13**
       **MARIA MERCEDES IBARRA DE**               **Case No.: 8:19-bk-12279-TA**
8   **ACOSTA**
                                                  **Declaration re: non opposition to Motion to**
9                                                 **Dismiss.**

10                       Debtor(s).

11
    I declare under penalty of perjury that I am employed by Amrane Cohen, Trustee, I am a
12
    citizen of the U.S., I am over the age of 18 years and not a party to the above action.  I declare that
13
    the foregoing is true and correct.
14
              1.  On  June 13, 2019      , the Debtor(s) filed the within Chapter 13 Case.
15
              2.  On March 06, 2023,  a Notice of Motion and Motion for Order Dismissing
16
    this Chapter 13 proceeding for a material default under the plan, i.e. payment arrears, was served by
17
    this office on the Debtor(s) and Debtor(s) Counsel (if any).    As of today the arrears are
18
    $3,800.00.
19
              3.  The Debtor(s) has not served the Trustee with an opposition to the Motion within the
20
    time allowed by Local Rule 9013-1(o).
21

22

23

24  Executed on April 13, 2023, at Orange, California.

25
                                                  /s/CHRIS WILLISON
26                                                CHRIS WILLISON

27

28

| **In re:** | **CHAPTER 13** |
|---|---|
| Maria Mercedes Ibarra de Acosta<br>1610 S. Flower Street<br>Santa Ana, CA 92707              Debtor(s). | **Case No.:** 8:19-bk-12279-TA |

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as <u>DECLARATION TO DISMISS CHAPTER 13 CASE</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 04/13/2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   Benjamin R Heston                              BHESTON.ECF@GMAIL.COM
                                                            BEN@HESTONLAW.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 04/13/2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

   Maria Mercedes Ibarra de Acosta
   1610 S. Flower Street
   Santa Ana, CA 92707

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 4/13/2023 | CHRIS WILLISON | /s/CHRIS WILLISON |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.