United States Bankruptcy Court

Central District of California

In re:  Case No. 19-12279-TA

Maria Mercedes Ibarra de Acosta  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8    User: admin    Page 1 of 2
Date Rcvd: Apr 13, 2023    Form ID: van160    Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Mercedes Ibarra de Acosta, 1610 S. Flower Street, Santa Ana, CA 92707-1504 |
| 39614460 | + | PHH Mortgage, PO 371458, Pittsburgh, PA 15250-7458 |
| 39756800 | | Wells Fargo Bank, National Association, as, Trustee for Structured Asset Securities, Corporation Mortgage Pass-Through Certif, Series 2007-BC1, Mailstop SBRP, PO Box 5469 Mt. Laurel, NJ 08054 |
| 39614461 | | Western Progressive, LLC, 10000 Abernathy Road, NE Suite 200, TS No. 2018-02825-CA, Atlanta, GA 30326 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 14 2023 04:28:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 14 2023 04:28:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 14 2023 00:37:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, RAS CRANE, LLC, 10700 Abbotts Bridge Road, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 14 2023 00:37:00 | Wells Fargo Bank, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 39736005 | + | EDI: ATTWIREBK.COM | Apr 14 2023 04:27:00 | AT&T Corp., %AT&T Services, Inc, Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 39614459 | + | EDI: LCIPHHMRGT | Apr 14 2023 04:27:00 | Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 39629851 | | EDI: AIS.COM | Apr 14 2023 04:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: van160 | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023                           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Fanny Zhang Wan | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION fwan@raslg.com |
| Sean C Ferry | on behalf of Creditor Wells Fargo Bank sferry@raslg.com sferry@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION sferry@raslg.com, sferry@ecf.courtdrive.com |
| Theron S Covey | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 7

FORM CACB van160–od13h
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Maria Mercedes Ibarra de Acosta

**BANKRUPTCY NO.**  8:19–bk–12279–TA

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5214
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/13/23

**Address:**
1610 S. Flower Street
Santa Ana, CA 92707

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: April 13, 2023

BY THE COURT,

**Theodor Albert**
United States Bankruptcy Judge