**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868
Tel: (714) 621-0200
Fax: (714) 621-0277

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> **MARIA MERCEDES IBARRA DE ACOSTA** <br><br> Debtor(s). | Case No.:  8:19-bk-12279-TA <br><br> **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |

On   April 26, 2023, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2023 at Orange, California.

Dated:  May 31, 2023

                                                        /s/ ALDO AMAYA
                                                        ALDO AMAYA