| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sean C. Ferry (SBN 310347)<br>sferry@raslg.com<br>Robertson, Anschutz, Schneid & Crane LLP<br>350 10th Ave., Suite 1000<br>San Diego, CA 92101<br>Telephone: (470) 321-7112 x 52151<br><br>☑ Attorney for  Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Sean C. Ferry_____, __310347_____, __sferry@raslg.com_____
          Name                               Bar ID Number                  E-Mail Address

   ❏ am **counsel of record** or
     ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____
_____

   ☑ am **counsel of record** or
     ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

     Attorney Name changed to __Fanny Zhang Wan_____
     New Firm/Government Agency Name_____
     New Address_____
     New Telephone Number __(470) 321-7112_____New Facsimile Number _____
     New E-Mail Address __fwan@raslg.com_____

_____
Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

❏ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☑ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 6/30/23                                          /s/ Sean C. Ferry
                                                        Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title |
| --- | --- |
| 8:18-bk-13402-MH | Malcolm Campbell Simmons |
| 8:18-bk-13486-TA | Jesus Gabriel Vargas |
| 8:18-bk-13563-TA | Stefanie Wickwire |
| 8:18-bk-13799-TA | Margoth Angelica Esquivel |
| 8:18-bk-13870-MH | Francisco Ramirez Ramirez and Aurora Mendez Barajas |
| 8:18-bk-14072-MH | Francisco Javier Andrade |
| 8:18-bk-14136-MH | David Maurice Denman |
| 8:19-bk-10012-TA | Luciana C. Ice |
| 8:19-bk-10298-MH | Robert W Hickman |
| 8:19-bk-10303-TA | Eric P. Wilson |
| 8:19-bk-11065-MH | Bridget Ann O'Neil |
| 8:19-bk-11082-TA | Juan Melendez and Susana Melendez |
| 8:19-bk-11195-MH | Kevin John McCarthy |
| 8:19-bk-12230-MH | Timothy Roy Fixler, Jr. and Alicia Fixler |
| 8:19-bk-12279-TA | Maria Mercedes Ibarra de Acosta |
| 8:19-bk-12289-MH | Douglas Paul Westfall and Jacqueline Ann Westfall |
| 8:19-bk-12466-MH | Jamie Christa Carroll |
| 8:19-bk-13055-MH | Rebecca Lujan Robles |
| 8:19-bk-13427-TA | Daniel Patrick Pinto and Jessica D Pinto |
| 8:19-bk-13705-MH | Elisa B. Sim |